```
                                                    FILED
B 2100A (Form 2100A) (12/15)                        JUN 23 2021

                                                    DOUGLAS E. WEDGE
            UNITED STATES BANKRUPTCY COURT          CLERK, U.S. BANKRUPTCY COURT
                                                    WESTERN DISTRICT OF OKLAHOMA
                                                    BY: _____ DEPUTY
                      Western District of Oklahoma
```

In re  Billy Ray Tucker                     ,          Case No.  21-10466

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Limosa, LLC | Argolica, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  9239

Court Claim # (if known):  3-1
Amount of Claim:  $47,494.94
Date Claim Filed:  05/12/2021

Phone: _____
Last Four Digits of Acct. #:  9239

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  06/18/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.